UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **ED CV 18-01608 MWF (AFM)** | Date: November 28, 2018 |
| Title **Pedro Reyes Gonzalez v. San Bernardino County-West Valley Detention Center** | |

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

On October 23, 2018, the Court dismissed plaintiff's Complaint with leave to amend and advised plaintiff that if he desired to pursue the action he may file a First Amended Complaint remedying the pleading deficiencies discussed in the order by November 22, 2018. (ECF No. 10.) Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the order and for failure to prosecute. On November 5, 2018, the order was returned as undeliverable with the notation "Paroled; Not @ CCC." Plaintiff was previously advised that the Court must be notified immediately if his address changes and must provide the Court with the new address and its effective date. Any failure by plaintiff to comply with a Court order where plaintiff did not receive the order due to failure to inform the Court of plaintiff's current address may result in the action being dismissed for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6. (ECF No. 7.) The docket shows that, as late as the date of this order, plaintiff has not notified the Court of his change of address or filed a First Amended Complaint.

**Accordingly, IT IS ORDERED that within 10 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.** The filing of a First Amended Complaint within 10 days shall discharge the Order to Show Cause.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |