# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO REYES GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY, WEST VALLEY DETENTION CENTER, <br><br> Defendant. | Case No. ED CV 18-01608 MWF (AFM) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: February 27, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE